UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 11-8797 CAS (FMOx) | Date | March 9, 2012 |
|---|---|---|---|
| Title | CUEVAS v. ONEWEST BANK FSB | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:) DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT** (filed 2/24/2012)

## I.   INTRODUCTION

On January 18, 2012, the Court granted defendant's motion to dismiss without prejudice. Dkt. No. 11. The Court granted plaintiff twenty days leave to amend. On February 24, 2012, after plaintiff's deadline to file an amended complaint had lapsed, defendant filed a motion for entry of final judgment pursuant to Fed. R. Civ. P. 58(d). Plaintiff has not opposed this motion and as of the date of this order, plaintiff has yet to file and serve an amended complaint.

Accordingly, defendant's motion is GRANTED, and the Court hereby dismisses the case with prejudice. Each side is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |